IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION - JACKSON

| | | |
|---|---|---|
| **CHARLES W. WHITE,** | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:09-1150-JDB/egb |
| | ) | (Jury Demand) |
| **NATIONWIDE MUTUAL FIRE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
|    Defendant. | ) | |

### STIPULATION OF SETTLEMENT

The parties, jointly, stipulate and notify the Court that this case has been fully settled and both the Complaint and Counterclaim should be dismissed with prejudice, with each party to bear their own discretionary costs in this matter.  A proposed Order of Dismissal approved by the parties has been sent separately via email to Judge J. Daniel Breen for consideration by the Court.

                                               Respectfully submitted,

                                               *s/Joe L. Brown*
                                               **JOE L. BROWN**
                                               Registration No.  022450
                                               Attorney for Plaintiff
                                               419 Main Street
                                               Savannah, TN   38372
                                               731-925-2202

*s/Gary A. Brewer*
**GARY A. BREWER**
Registration No. 4678
Attorney for Nationwide Mutual Fire Insurance Company
**BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN  37202-3890
(615) 256-8787
gbrewer@bkblaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2010, a copy of the foregoing STIPULATION OF SETTLEMENT was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

Joe L. Brown, Esquire
Attorney at Law
419 Main Street
Savannah, TN  38372
joe.brown@hardincounty.biz

*s/Gary A. Brewer*
**GARY A. BREWER**
Registration No. 4678
**BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN  37202-3890
(615) 256-8787
gbrewer@bkblaw.com

GAB:car